IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
VALDOSTA DIVISION

| | | |
|---|---|---|
| SHARON NETTLES, | : | |
| Petitioner, | : | |
| v. | : | Case No. 7:07-CV-66-HL |
| | : | 28 U.S.C. § 2255 |
| UNITED STATES OF AMERICA, | : | Case No. 7:03-CR-22-HL |
| Respondent. | : | |

**ORDER**

Before the Court is a Report and Recommendation (Doc. 212) from United States Magistrate Judge Faircloth that recommends denying Petitioner's Motion to Vacate, Set Aside, or Correct her Sentence Pursuant to 28 U.S.C. § 2255 (Doc. 189). Petitioner filed an objection (Doc. 217) to the Recommendation.[1] Pursuant to 28 U.S.C. § 636(b)(1), the Court has thoroughly considered Petitioner's objection and has made a de novo determination of the portion of the Recommendation to which Petitioner objects. For the reasons contained in Judge Faircloth's Recommendation, Petitioner's § 2255 Motion should be denied. As a result, this Court accepts Judge Faircloth's Recommendation, and Petitioner's Motion to Vacate, Set Aside, or Correct her Sentence Pursuant to 28 U.S.C. § 2255 is denied.

**SO ORDERED**, this the 11th day of June, 2008.

*s/ Hugh Lawson*
**HUGH LAWSON, Judge**

dhc

---

[1] Petitioner, who is represented by counsel, also filed a pro-se objection (Doc. 213). This Court, however, will not consider Petitioner's pro-se objection because she is represented by counsel.